# Exhibit A

Oxford Health Plans, LLC on behalf of Oxford Health Insurance, Inc.
P.O. Box 740809
Atlanta, GA 30374



August 12, 2021

| Patient: | |
|---|---|
| Service Ref #: | |
| Member: | |
| Member ID: | |
| Plan: | Nels Holdings |
| Plan #: | |
| Letter ID: | OP |



Dear ▇▇▇▇▇▇▇▇▇▇:

We received a request to cover health care services. After review of the information submitted and your plan documents, it was determined that the treatment is medically necessary and is covered by your plan.

Medically necessary means the service meets accepted standards of medicine and is needed to prevent, diagnose, or treat an illness, injury, condition, disease, or its symptoms.

**Services eligible for benefits:**
- Physician/health care professional: Alexis Parcells
- This recommendation is effective for: 08/12/21 - 10/14/21

| \ | Description of services |
|---|---|
| **Procedure code** | **Procedure description** |
| Hospitalization | |
| 19357 | Tissue expander placement in breast reconstruction, including subsequent expansion(s) |
| 15777 | Implantation of biologic implant (eg, acellular dermal matrix) for soft tissue reinforcement (ie, breast, trunk) (List separately in addition to code for primary procedure) |
| 15860 | Intravenous injection of agent (eg, fluorescein) to test vascular flow in flap or graft |

Remember:
- You're still responsible for your copayment, coinsurance, and deductible (when applicable).
- Your plan may have limits on how many visits or services the plan covers. Please check your plan documents.

Before getting service, it's a good idea to check your provider's network status and cost of service.
- A network provider is a doctor, health care professional, or facility (like a hospital) that has a contract with us to provide services or supplies at an agreed upon rate, so you usually pay less when you get services in network.

- Some plans have a designated or a tiered network of providers. These doctors, health care professionals, facilities, and suppliers provide health care services at the highest benefit level. If you have this type of plan, you may pay less depending on which provider you see.

If required by your plan, your primary care provider must send an electronic referral before you see a specialist. If you see a specialist without a referral, you might have to pay the full cost for services.

This is a benefit determination, not a medical decision. Only you and your doctor can decide what medical care you need.

This approval does not guarantee that the plan will pay for the service when, for example:
- You're no longer a member of the plan on the date you receive services, or the plan ended before you received services. In this case, you may be responsible for the full amount. Your provider needs to check eligibility three days before you receive services.
- You never received services, or services are found to be a case of fraud, waste, or abuse.
- Payment of covered services depends on other plan rules, including coordination of benefits.
- Services were provided by a doctor, health care professional, or facility that was sanctioned or excluded from government programs at the time of service.

The following Oxford administrative and payment policies may apply to your claim.
- Example 1: When more than one surgical code is performed during an operation, the payment for the secondary codes may be reduced in accordance with our reimbursement policies, while other reimbursement policies may also apply to your claim. (Multiple Surgery (Modifier - 51) policy).

- Example 2: Each code listed may not be paid for individually, but may be paid as part of the more comprehensive code. When billed together or in combination with other codes, these codes may be considered a "necessary part" of a primary or global procedure. In that circumstance, the Member will be reimbursed through payment of the primary or global procedure. (Reimbursement for Comprehensive and Component CPT Codes policy).

For more information on all of our payment policies, please visit our web site at www.oxfordhealth.com.

**Contact us if you:**
- Have questions about our decision
- Have questions about claim payment
- Change the date of service
- Need an interpreter to help you to understand the information in your language
- Need this letter in another format like large print

**We're here to help**
Please call the toll-free member number on your health plan ID card Monday through Friday, 8 a.m. to 8 p.m. local time. TTY users dial 711.

You can also visit **justplainclear.com** for help with definitions and medical terms.

**Provider information**

Payment is based on:
- Information in the submitted claim
- The services your health plan covers
- The actual health care services the member received, which should match the services that were authorized for coverage
- The guidelines and policies in place when you received your services
- Reimbursement policies
- Correct coding
- Member eligibility at the time of service

Sincerely,
The UnitedHealthcare Team

Copy to: Alexis Parcells
Copy to: Monmouth Medical Center


Enclosure:    *Non-Discrimination Notice*

Medical Necessity Outpatient Approval<br>Revised: 01/2021

---

Visit myuhc.com® to access the cost estimator tool, view your claims, Health Statements and Explanation of Benefits, look up benefits, update account information, find a doctor or facility, or to learn more about healthy living. Registration is easy and gives you access to useful tools and information to help you take charge of your health and health care.

**The company does not treat members differently because of sex, age, race, color, disability, or national origin.**

If you think you were treated unfairly because of your sex, age, race, color, disability, or national origin, you can send a complaint to the Civil Rights Coordinator.

**Online:**   UHC_Civil_Rights@uhc.com

**Mail:**   Civil Rights Coordinator
UnitedHealthcare Civil Rights Grievance
P.O. Box 30608
Salt Lake City, UT  84130

You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the member toll-free phone number listed on your ID card.

You can also file a complaint with the U.S. Dept. of Health and Human Services.

**Online**:   https://ocrportal.hhs.gov/ocr/portal/lobby.jsf

Complaint forms are available at: http://www.hhs.gov/ocr/office/file/index.html.

**Phone**:   Toll-free: 1-800-368-1019 or TTY Toll-free: 1-800-537-7697

**Mail**:   U.S. Dept. of Health and Human Services
200 Independence Avenue. SW
Room 509F, HHH Building
Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the member toll-free phone number listed on your ID card.

---

ATENCIÓN: Si habla español **(Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 (Chinese)，我們免費您您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

XIN LƯU Ý: Nếu quý vị nói tiếng Việt **(Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị.

알림: 한국어(Korean)를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오.

PAALALA: Kung nagsasalita ka ng Tagalog **(Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является русском (Russian). Позвоните по бесплатному номеру телефона, указанному на вашей идентификационной карте.

تنبيه: إذا كنت تتحدث العربية **(Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الاتصال على رقم الهاتف المجاني الموجود على معرّف العضوية.

ATANSYON: Si w pale Kreyòl ayisyen **(Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w.

ATTENTION: Si vous parlez français **(French)**, des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification.

UWAGA: Jeżeli mówisz po polsku **(Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej.

ATENÇÃO: Se você fala português **(Portuguese)**, contate o serviço de assistência de idiomas gratuito. Ligue gratuitamente para o número encontrado no seu cartão de identificação.

ACHTUNG: Falls Sie Deutsch **(German)** sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Bitte rufen Sie die gebührenfreie Rufnummer auf der Rückseite Ihres Mitgliedsausweises an.

توجه: اگر زبان شما فارسی **(Farsi)** است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفا با شماره تلفن رایگانی که روی کارت شناسایی شما قید شده تماس بگیرید.

ध्यान दें: यदि आप हिंदी (Hindi) बोलते है, आपको भाषा सहायता सेबाएं, नि:शुल्क उपलब्ध हैं। कृपया अपने पहचान पत्र पर सूचीबद्ध टोल-फ्री फोन नंबर पर कॉल करें।

DÍÍ BAA'ÁKONÍNÍZIN: Diné **(Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'dę́ę́' t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíilnih.

Non-Discrimination Notice<br>Revised: 11/2020