# Exhibit B



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

OXFORD
PO BOX 21933,
HOT SPRINGS, AR 71903-1933

CARRIER

☐ PICA | PICA ☐

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): **90790004501**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE: [redacted]  SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]  CITY [redacted] STATE  ZIP CODE  TELEPHONE (Include Area Code)

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): [redacted]  CITY [redacted] STATE  ZIP CODE  TELEPHONE (Include Area Code)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES☐ NO☒

11. INSURED'S POLICY GROUP OR FECA NUMBER

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES☐ NO☒ PLACE (State)

a. INSURED'S DATE OF BIRTH: [redacted]  SEX M☐ F☒

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME: **OXFORD**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **Signature on File**  DATE **08/27/21**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **Signature on File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): QUAL.
15. OTHER DATE: QUAL.
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB? YES☐ NO☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. **0**
A. **C50912** B. **Z421** C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER: **A131326916**

24.

| A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 08 12 21 08 12 21 | 22 | | 19357 | 50 | AB | 66000 00 | 1 | | NPI | 1659662179 |
| 08 12 21 08 12 21 | 22 | | 15777 | 50 | AB | 20000 00 | 1 | | NPI | 1659662179 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN☐ EIN☒
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES☒ NO☐
28. TOTAL CHARGE $ **86000 00**
29. AMOUNT PAID $ **0 00**
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
**Signature on File**
**ALEXIS PARCELLS, MD**  SIGNED **08/27/21**

32. SERVICE FACILITY LOCATION INFORMATION
**MONMOUTH MEDICAL CENTER**
**300 2ND AVENUE**
**LONG BRANCH, NJ 07740-6303**
a. **1609983790** b.

33. BILLING PROVIDER INFO & PH # (**732**) **335-7650**
**PARCELLS PLASTIC SURGERY LLC**
**655 SHREWSBURY AVENUE, SUITE 207**
**SHREWSBURY, NJ 07702-4151**
a. **1639793508** b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)