# Exhibit C



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

OXFORD
PO BOX 21933,
HOT SPRINGS, AR 71903-1933

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| 2. PATIENT'S NAME | 3. PATIENT'S BIRTH DATE — SEX F [X] |
| 4. INSURED'S NAME | |
| 5. PATIENT'S ADDRESS | 6. PATIENT RELATIONSHIP TO INSURED — Self [X] |
| 7. INSURED'S ADDRESS | |
| CITY: LONG BRANCH | 8. RESERVED FOR NUCC USE |
| 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH — SEX F [X] |
| b. AUTO ACCIDENT? NO [X] | b. OTHER CLAIM ID |
| c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME: OXFORD |
| 10d. CLAIM CODES | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S SIGNATURE: Signature on File   DATE 09/15/22
13. INSURED'S SIGNATURE: Signature on File

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN STEPHEN CHAGARES
17b. NPI 1619939758

20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 0
A. Z853    B. Z9013

23. PRIOR AUTHORIZATION NUMBER
A139746760

| # | A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 16 21 | 11 16 21 | 22 | | 11970 | 50 | AB | 20800 00 | 1 | | NPI | 1659662179 |
| 2 | 11 16 21 | 11 16 21 | 22 | | 15777 | 50 | AB | 20000 00 | 1 | | NPI | 1659662179 |

25. FEDERAL TAX I.D. NUMBER    SSN EIN [X]
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE $ 40800 00
29. AMOUNT PAID $ 4483 99

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
Signature on File
ALEXIS PARCELLS, MD
SIGNED 09/15/22

32. SERVICE FACILITY LOCATION INFORMATION
MONMOUTH MEDICAL CENTER
300 2ND AVENUE
LONG BRANCH, NJ 07740-6303
a. 1609983790

33. BILLING PROVIDER INFO & PH # (732) 335-7650
PARCELLS PLASTIC SURGERY LLC
4 INDUSTRIAL WAY WEST, SUITE 101
EATONTOWN, NJ 07724-4239
a. 1639793508

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)