# Exhibit D

268IMBSTANDARDCHECK0005001-05903-02

UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484
Phone: 1-800-666-1353

STD - PRA

**UnitedHealthcare** Oxford 

**PROVIDER REMITTANCE ADVICE**

CHECK DATE: 09/24/21
TIN: 851314132
VENDOR NAME: PARCELLS PLASTIC SURGERY
CHECK NUMBER: ▮▮▮▮
CHECK AMOUNT: $3,587.40
VENDOR ID: G6531507-45148358

PARCELLS PLASTIC SURGERY
655 SHREWSBURY AVE STE 207
SHREWSBURY NJ 07702

DOB: ▮▮▮▮

**PATIENT** ▮▮▮▮
MEMBER ID: ▮▮▮▮
PROVIDER ID: 1659662179
PATIENT ACCT NUM: ▮▮▮▮
CLAIM NUMBER: ▮▮▮▮
PROVIDER NAME: PARCELLS, ALEXIS

| DATE(S) OF SERVICE | DESCRIPTION OF SERVICE | QTY | BILLED AMT | MAXIMUM AMOUNT | DEDUCTIBLE AMT | COPAY/COINS AMT | COB AMT | WITHHOLD AMT | PAYMENT AMT | PATIENT RESP AMT | ADJ CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/21 - 08/12/21 | TISS XPNDR PLMT BRST RCNSTJ (19357-50) | 1 | $66,000.00 | $3,038.30 | | | $0.00 | $0.00 | $3,038.30 | $0.00 | CAD795 |
| 08/12/21 - 08/12/21 | ACELLULAR DERM MATRIX IMPLT (15777-50) | 1 | $20,000.00 | $549.10 | | | $0.00 | $0.00 | $549.10 | $0.00 | CAD795 |
| | CLAIM CW90420536 SUBTOTAL | | $86,000.00 | $3,587.40 | | | $0.00 | $0.00 | $3,587.40 | $0.00 | |
| | | | | | | | TOTAL PAYABLE TO PROVIDER | | $3,587.40 | | |

Adjustment Code Description    *Remaining Bal $82,412.60*

CAD795   Benefits for this service were paid according to the member's benefits using a percentage of the medicare rate where available for the service provided. Please do not bill the member above the amount of their deductible, copay and coinsurance. If you have questions about the reimbursement contact data isight at 877-859-2166 or visit dataisight.com.

For the above claims please visit www.UHCprovider.com

---

**UnitedHealthcare** Oxford

50-937
216

**28759735**

JPMorgan Chase Bank, N.A.
Syracuse NY 13206

DATE: 09/24/21
REF ID: 2302-09

(not valid after 180 days)

UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484

PAY $********3,587.40**

**Three Thousand Five Hundred Eighty Seven Dollars and Forty Cents**************

PAY TO THE ORDER OF
PARCELLS PLASTIC SURGERY
655 SHREWSBURY AVE STE 207
SHREWSBURY NJ 07702

AUTHORIZED SIGNATURE

⑈0028759735⑈ ⑈021309379⑈ 601872302⑈