# Exhibit E

UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484
Phone: 1-800-666-1353

STD - PRA

 **UnitedHealthcare®**
Oxford

## PROVIDER
## REMITTANCE ADVICE

*Papercheck*

| | |
|---|---|
| CHECK DATE: | 01/07/22 |
| TIN: | 851314132 |
| VENDOR NAME: | PARCELLS PLASTIC SURGERY |
| CHECK NUMBER: | ▮ |
| CHECK AMOUNT: | $1,461.46 |
| VENDOR ID: | G6531507-45148358 |

PARCELLS PLASTIC SURGERY
655 SHREWSBURY AVE STE 207
SHREWSBURY NJ 07702

**PATIENT:** ▮▮▮▮

| MEMBER ID: | ▮ | | | PATIENT ACCT NUM: | ▮ | | | | | | CLAIM NUMBER: | ▮ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROVIDER ID: | 1659662179 | | | | | | | | | | PROVIDER NAME: | PARCELLS, ALEXIS | |

| DATE(S) OF SERVICE | DESCRIPTION OF SERVICE | QTY | BILLED AMT | MAXIMUM AMOUNT | DEDUCTIBLE AMT | COPAY/COINS AMT | COB AMT | WITHHOLD AMT | PAYMENT AMT | PATIENT RESP AMT | ADJ CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/21 - 11/16/21 | RPLCMT TISS XPNDR PERM IMPLT (11970-50) | 1 | $20,800.00 | $1,461.46 | | | $0.00 | $0.00 | $1,461.46 | $0.00 | CAD795 |
| 11/16/21 - 11/16/21 | ACELLULAR DERM MATRIX IMPLT (15777-50) | 1 | $20,000.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | CAD795 |
| 11/16/21 - 11/16/21 | NJX AA&/STRD NTRCOST NRV 1 (64420-50, 59) | 1 | $1,000.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | CES322 |
| | CLAIM DC49114958 SUBTOTAL | | $41,800.00 | $1,461.46 | | | $0.00 | $0.00 | $1,461.46 | $0.00 | |
| | | | | | | | TOTAL PAYABLE TO PROVIDER | | $1,461.46 | | |

Adjustment Code Description

CAD795  Benefits for this service were paid according to the member's benefits using a percentage of the medicare rate where available for the service provided. Please do not bill the member above the amount of their deductible, copay and coinsurance. If you have questions about the reimbursement contact data isight at 877-859-2166 or visit dataisight.com.

CES322  This service or supply is part of a main procedure and is not covered separately.

## For the above claims please visit www.UHCprovider.com