# Exhibit F




# Offer Terms
Prepared Aug 18, 2022
3 Pages

**PRIORITY HANDLING PLEASE**

**PLEASE DELIVER TO:**

Shannon/Max Allowed Per Cli
PARCELLS PLASTIC SURGERY
655 Shrewsbury Ave
Ste 207
Shrewsbury, NJ 07702

TELEPHONE: 949-209-3473
FACSIMILIE: 833-821-5297

**SENT BY:**

Lupe Godina
Data iSight
222 W. Las Colinas Blvd, Suite 1500
Irving, TX 75039

TELEPHONE: 469-291-6452
FACSIMILIE: 844-208-6794

**PATIENT:** ▮

**PAYOR:** OXFORD CIRRUS DIS
OXFORD CIRRUS FI
48 MONROE TURNPIKE
TRUMBULL, CT 06611

**BIRTHDATE:** ▮
**INSURED:** ▮
**POLICY:** ▮
**PT ACCOUNT NO:** ▮

**ICN:** ▮

| DATES OF SERVICE BEGIN | END | POS | TOS | PROCEDURE | | QTY | CHARGE | ADJUSTED CHARGE | ADJUSTMENT |
|---|---|---|---|---|---|---|---|---|---|
| 08/12/21 | 08/12/21 | 22 | | 19357 | 50 TISSUE EXPANDER PLACEME | 1 | $66,000.00 | $6,776.03 | $59,223.97 |
| 08/12/21 | 08/12/21 | 22 | | 15777 | 50 IMPLNT BIO IMPLNT FOR SO | 1 | $20,000.00 | $1,224.62 | $18,775.38 |
| | | | | | Totals: | | $86,000.00 | $8,000.65 | $77,999.35 |

This telecopy transmission may contain confidential information which is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is prohibited. If you have received this transmission in error, please notify us to arrange for the return of the documents. Thank you.



 

# Offer Terms
Prepared Aug 18, 2022
3 Pages

This is a follow up to our communication concerning the above-referenced Patient's services.
Provider agrees:
- to accept the Adjusted Charge $8,000.65 as payment in full for the above-mentioned products/services that have been provided to the above-referenced Patient.
- not to balance bill Patient or Patient's family (except for deductible, coinsurance, and non-covered items, if applicable). Patient responsibility amounts due directly from the patient or other responsible financial party shall not be waived by the Provider.
- to accept the above and waive all late charges, provided that the Payor waives their right to conduct an on-site audit of the billed charges.



**Review and Accept Online**

https://action.dataisight.com

Web Key: P3LZ4TYZ

**The signatory to these offer terms represents and warrants that he/she is signing on behalf of Provider and is fully authorized to sign and commit Provider to all of its obligations and responsibilities under these offer terms.**

AUTHORIZED SIGNATURE: _____   PRINTED NAME: _____
E-MAIL ADDRESS: _____   DATE: _____

Data iSight is not a payor, and is not financially responsible for any payments due to the Provider. Payment of benefits, if any, is subject to all terms and conditions of the policy. Therefore, this does not constitute, nor should it be construed as, a guarantee of benefit payment by the Payor, and will be null and void if no benefit payment is determined to be payable by the Payor or if Payor does not accept these offer terms. This fax is being sent pursuant to previous communications.

**Please accept online, or sign above and fax back promptly to 844-208-6794. Thank you.**

This telecopy transmission may contain confidential information which is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is prohibited. If you have received this transmission in error, please notify us to arrange for the return of the documents. Thank you.

