Matthew P. Mazzola (Bar # 253252017)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: mmazzola@rc.com

*Attorney for Defendant Oxford Health Insurance, Inc.
s/h/a Oxford Health Plans, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

------------------------------------------------------------------ x
PARCELLS PLASTIC SURGERY, LLC,                :
                                              :   Case No. 3:25-cv-11928-ZNQ-JTQ
           *Plaintiff,*                       :
                                              :
     v.                                       :   **CONSENT ORDER EXTENDING**
                                              :   **DEFENDANT'S TIME TO RESPOND**
OXFORD HEALTH PLANS, LLC,                     :   **TO THE COMPLAINT**
                                              :
           *Defendant.*                       :
------------------------------------------------------------------ x

**WHEREAS**, Plaintiff, Parcells Plastic Surgery, LLC, filed its Complaint on June 18, 2025 (Dkt. No. 1);

**WHEREAS**, on August 29, 2025, Defendant Oxford Health Insurance, Inc. s/h/a Oxford Health Plans, LLC ("Defendant") filed a letter seeking a pre-motion conference in connection with its anticipated motion to dismiss the Complaint (as required by the rules of the Court), (Dkt No. 10), and on September 12, 2025, Plaintiff filed a letter in response to Defendant's letter seeking a pre-motion conference. (Dkt No. 13);

**WHEREAS**, on September 15, 2025, the Court waived the pre-motion conference and ordered that Defendant shall proceed with filing its proposed motion by no later than October 10, 2025. (Dkt No. 14);

**WHEREAS**, Defendant respectfully requests a two (2) week extension of time to file its motion to dismiss the Complaint in the above-captioned matter from October 10, 2025 through and

including October 24, 2025, due several personal and work commitments requiring Defendant's counsel to be out of the office for several days last week and this week.

**WHEREAS**, this is Defendant's first request for an extension of the deadline to file its motion to dismiss the Complaint since the Court issued its Order on September 15, 2025; and

**WHEREAS**, Plaintiff has consented to Defendant's request for an extension of two (2) weeks to respond to the Complaint.

IT IS HEREBY, ORDERED that Defendant's time to file its motion to dismiss the Complaint in the above-captioned matter is extended to and including October 24, 2025.

Dated:  October 8, 2025

                                                      s/ Zahid N. Quraishi
                                                Honorable Zahid N. Quraishi, U.S.D.J.